IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DPA ALLIANCE,<br><br>      Plaintiff,<br><br><br><br>vs.<br><br><br>ALPHONSO JACKSON, Secretary of the United States Department of Housing and Urban Development.<br><br>      Defendant. | MEMORANDUM DECISION AND ORDER DENYING MOTION FOR TRO OR PRELIMINARY INJUNCTION<br><br><br><br><br><br>Case No. 2:07-CV-820 TS |

Pursuant to the Notice filed by Plaintiff,[1] all Motions and/or Requests regarding a Temporary Restraining Order or, in the alternative, a Preliminary Injunction are denied as moot. It is therefore

ORDERED that Plaintiff's Motion for Temporary Restraining Order or, in the alternative, Motion for Preliminary Injunction (Docket No. 3) and Plaintiff's Request for Hearing (Docket No.5) are DENIED as moot.

---

[1] Docket No. 7

1

DATED   November 5, 2007.

                                    BY THE COURT:

                                    _____

                                    TED STEWART
                                    United States District Judge